AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE            District of            ALABAMA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| BENJAMIN L. VANBUREN<br>3765 MANOR HOUSE DRIVE<br>MARIETTA, GA 360062 | Case Number: 2:06CR148-WHA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    BENJAMIN L. VANBUREN
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   Supervised Release Violation Petition   Violation Notice

charging him or her with  (brief description of offense)
**Distribution and Possession w/Intent to Distribute Methamphetamine** (1 count)
**Distribution of Methamphetamine** (1 count)
**Possession of Firearm in furtherance of a Drug Trafficking Crime** (1 count)

in violation of Title   21 & 18   United States Code, Section(s)  846; 841(a)(1); 924(c)(1)

DEBRA P. HACKETT                                  [signature]                              June 16, 2006
Name of Issuing Officer                            Signature of Issuing Officer / DEPUTY CLERK    DATE

CLERK OF COURT                                    MONTGOMERY, ALABAMA
Title of Issuing Officer                          Date and Location

Bail fixed at $   to be set at initial appearance              BY   U.S. MAGISTRATE JUDGE
                                                                   Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |