MAGISTRATE'S CRIMINAL MINUTES         FILED IN OPEN COURT
REMOVALS (RULE 40)                    DATE: 7/28/06 @ 3:44
                                      TAPE: 06-45 @ 27:39
                          2006 AUG -9  TIME IN COURT: 21 mins

MAGISTRATE <u>E. CLAYTON SCOFIELD III</u> PRESIDING
<u>ANGELA SMITH</u> DEPUTY CLERK
CASE NUMBER <u>1:06-MJ-898</u>         DEFENDANT'S NAME <u>Benjamin VanBurn</u>
AUSA <u>Candice Howard</u>             DEFENDANT'S ATTY <u>Brian Mendelsohn</u>
USPO <u>Steve Dorman</u>               Type Counsel (circle)  Retained  CJA  (FDP)

____ Initial appearance hearing held.
____ Defendant informed of rights.
____ ORDER appointing Federal Defender Program attorney for defendant.
____ ORDER appointing _____ attorney for defendant.
____ ORDER defendant shall pay attorney's fees as follows: _____
_____
____ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
____ Removal hearing set/reset/cont to _____ @ _____.
____ Removal hearing HELD.
____ Order finding Probable Cause. Defendant held to District Court for removal to other district.
____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
____ Order defendant removed to other district. Commitment issued _____
____ Miscellaneous: _____

<u>BOND/PRETRIAL DETENTION HEARING</u>

____ Government Motion for DETENTION filed.
✓ Bond/Pretrial DETENTION hearing held.
____ Pretrial detention hearing set for _____. (__ In charging district)
____ (__VERBAL) Motion to reduce bond GRANTED.
____ (__VERBAL) Motion to reduce bond DENIED.
____ Pretrial DETENTION ORDERED. (Written order to follow _____).
✓ BOND SET at $ 25,000.00 _____
        ____ NON-SURETY
        ✓ SURETY/CASH: ____ Property Acceptable: ____ Corporate Surety Only
        ____ Combination: _____
✓ SPECIAL CONDITIONS: <u>EM, can work, home otherwise, Brother may be w/dft, no firearms</u>

____ BOND FILED. Defendant RELEASED.
✓ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

____ SEE BACK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 2 5 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BENJAMIN L. VANBUREN

Defendant.

CASE NO. 1:06-MJ-898

### ORDER APPOINTING COUNSEL

Colin Garrett

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 25th day of July, 2006.

_____
**UNITED STATES MAGISTRATE JUDGE**

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 2 5 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF TEMPORARY DETENTION |
| vs. | PENDING HEARING PURSUANT |
| BENJAMIN VANBUREN | TO BAIL REFORM ACT |

CASE NO: 1:06-MJ-898

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] 7/28/06 at 2:15 before United States Magistrate Judge E. Clayton Scofield III, U.S. Courthouse, Richard B. Russell Building, 18th Floor, Courtroom 1810, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 25th day of July 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. 3142(f)(2).
   A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 2 5 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

_____NORTHERN_____ DISTRICT OF _____GEORGIA_____

UNITED STATES OF AMERICA

V.

_____BENJAMIN L. VANBUREN_____

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER:  1:06-MJ-898

CHARGING DISTRICTS
CASE NUMBER:  2:06-CR148-WHA

I understand that charges are pending in the _____Middle_____ District of _____Alabama_____

alleging violation of __21:846: 841(a)(I)_____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)  Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

(  ) preliminary hearing

(  ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____7/25/06_____                         _____[signature]_____
        Date                                           Defendant

                                              _____[signature]_____
                                                   Defense Counsel

MAGISTRATE'S CRIMINAL MINUTES    FILED IN OPEN COURT
REMOVALS (RULE 40)               DATE: 7/25/06 @ 5:55
                                 TAPE: CC-40 @ 587
       2006 AUG -9 A 9:49        TIME IN COURT: 7 mins

MAGISTRATE <u>E. CLAYTON SCOFIELD III</u> PRESIDING
<u>ANGELA SMITH</u> DEPUTY CLERK
CASE NUMBER <u>1:06-MJ-898</u>         DEFENDANT'S NAME <u>Benjamin Vanburen</u>
AUSA <u>Carlie Howard</u>              DEFENDANT'S ATTY <u>Colin Garrett</u>
USPO <u>Steve Dorman</u>                Type Counsel (circle)   Retained   CJA   (FDP)

__✓__ Initial appearance hearing held.
__✓__ Defendant informed of rights.
__✓__ ORDER appointing Federal Defender Program attorney for defendant.
_____ ORDER appointing _____ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows: _____
__✓__ _____
_____ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
_____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
_____ Removal hearing set/reset/cont to _____ @ _____.
_____ Removal hearing HELD.
_____ Order finding Probable Cause. Defendant held to District Court for removal to other district.
_____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
_____ Order defendant removed to other district. Commitment issued _____
_____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

__✓__ Government Verbal Motion for DETENTION filed.
_____ Bond/Pretrial DETENTION hearing held.
__✓__ Pretrial detention hearing set for <u>7/28/06 @ 2:15 pm</u>. (__ In charging district)
_____ (__VERBAL) Motion to reduce bond GRANTED.
_____ (__VERBAL) Motion to reduce bond DENIED.
_____ Pretrial DETENTION ORDERED. (Written order to follow _____).
_____ BOND SET at $_____.
      _____ NON-SURETY
      _____ SURETY/CASH: _____ Property Acceptable: _____ Corporate Surety Only
      _____ Combination: _____
_____ SPECIAL CONDITIONS:_____
_____

_____ BOND FILED. Defendant RELEASED.
_____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

_____ SEE BACK