```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA,     *
                              *
     Plaintiff,               *
                              *
V.                            * CR. NO.
BENJAMIN L. VANBUREN          * 2:06CR148-WHA
                              *
     Defendant.
```

### NOTICE OF ATTORNEY APPEARANCE-DEFENDANT

Come now Jeffery C. Duffey and enters his appearance as retained counsel for defendant Benjamin L. VanBuren.

Respectfully submitted this 22th day of August, 2006.

> s/Jeffery C. Duffey
> JEFFERY C. DUFFEY
> Attorney for Defendant
> VanBuren
> 600 South McDonough Street
> Montgomery, AL  36104
> Phone: 334-834-4100
> Fax: 334-834-4101
> email: jcduffey@aol.com
> Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terry Moorer
AUSA
P.O. Box 197
Montgomery, AL 36101

                                          Respectfully submitted,

                                          s /Jeffery C. Duffey
                                          JEFFERY C. DUFFEY
                                          Attorney for Defendant
                                          VanBuren