**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

---

☑ INITIAL APPEARANCE        DATE: August 22, 2006
☐ BOND HEARING
☐ DETENTION HEARING        Digital Recording   4:00 - 4:12
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☑ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr148-WHA     **DEFENDANT NAME:** Benjamin L. Vanburen
**AUSA:** Terry Moorer     **DEFT. ATTY:** Jeffery C. Duffey
       Type Counsel: (☑)Retained; ( ) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Ron Thweatt
**Interpreter needed:** ( ☑ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ☑ | Date of Arrest August 22, 2006 or ☐ Arrest Rule 40 |
| ☑ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained _____ |
| ☑ | ☐ Government's ORAL  Motion for Detention Hrg. ☐ to be followed by written motion; ☑ Government's WRITTEN Motion for Detention Hrg. filed |
| ☑ | Detention Hearing set for 8/28/06 @ 3:00 p.m. |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ☑ | ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE:  8/23/06 |
| ☐ | WAIVER of Speedy Trial.      CRIMINAL TERM:   October 24, 2006 |
| ☑ | NOTICE to retained Criminal Defense Attorney handed to counsel |