IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                  )
   v.                          )     CR. NO. <u>2:06-cr-148-WHA-SRW</u>
                                  )
BENJAMIN L. VANBUREN      )
                                  )

<u>ORDER</u>

Upon consideration of the government's motion for release of prisoner (Doc.#  ) filed August 22, 2006, and for good cause, it is

ORDERED that the United States Marshals Service release custody of BENJAMIN L. VANBUREN to Special Agents John Hurst and/or Joe Herman, High Intensity Drug Trafficking Area Task Force, on August 23, 2006, through January 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

ORDERED that Agents John Hurst and/or Joe Herman return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of August, 2006.


_____
UNITED STATES MAGISTRATE JUDGE