IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:06-cr-148-WHA-SRW |
| ) | |
| BENJAMIN L. VANBUREN ) | |
| ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc.# 42) filed August 22, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

The United States Marshals Service release custody of BENJAMIN L. VANBUREN to Special Agents John Hurst and/or Joe Herman, High Intensity Drug Trafficking Area Task Force, on August 23, 2006, through January 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

ORDERED that Agents John Hurst and/or Joe Herman return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 23rd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE