| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

☐ INITIAL APPEARANCE  **DATE: August 28, 2006**
√ BOND HEARING
☐ DETENTION HEARING  **Digital Recording 3:31 - 3:35**
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr148-WHA  **DEFENDANT NAME:** Benjamin L. Vanburen
**AUSA:** Terry Moorer  **DEFT. ATTY:** Jeff Duffey
  Type Counsel: (√ )Retained; ( ) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Ron Thweatt
**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| Time | Event |
|---|---|
| 3:31 p.m. | Court convenes |
| 3:32 p.m. | Government's ORAL motion to withdraw motion for detention hearing. |
| 3:33 p.m. | Discussions regarding release of defendant. Court's ORAL ORDER granting government's oral motion to withdraw. |
| 3:34 p.m. | Bond ($25,000.00 non-surety) and Conditions of Release executed. |
| 3:35 p.m. | Court recessed. |