```
              IN THE UNITED STATES DISTRICT COURT FOR
                  THE MIDDLE DISTRICT OF ALABAMA
                         NORTHERN DIVISION


UNITED STATES OF AMERICA,    *

     PLAINTIFF,              *

V.                           *    CASE NO.2:06CR148-WHA

BENJANIN L. VANBUREN,        *

     DEFENDANT.              *
```

### NOTICE OF SPEEDY TRIAL WAIVER

Comes now defendant, Benjamin L. VanBuren, by counsel, and attaches to this notice as exhibit "A" his waiver of speedy trial rights in support of his motion for continuance previously filed in this case.

```
                         s/Jeffery C. Duffey
                         JEFFERY C.  DUFFEY
                         Attorney for
                         Benjamin L. VanBuren
                         600 South McDonough Street
                         Montgomery, AL  36104
                         Phone: 334-834-4100
                         Fax: 334-834-4101
                         email: jcduffey@aol.com
                         Bar No.  ASB7699F67J
```

### CERTIFICATE OF SERVICE

I hereby certify that on October 6th, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties.

```
                                   s/Jeffery C. Duffey
                                   Jeffery C. Duffey
                                   Attorney for defendant
```