*EXHIBIT A*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| V. | * | CR. NO.2:06 CR-148-WHA |
| BENJAMIN VAN BUREN, | * | |
| Defendant. | * | |

### WAIVER OF SPEEDY TRIAL RIGHTS

I, Benjamin Van Buren, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_10-03-06_
Date

_____
Benjamin Van Buren
Defendant

_____
Jeffery C. Duffey
Attorney for Defendant
600 South McDonough Street
Montgomery, AL 36104
Phone: (334)834-4100
Fax: (334)834-4101
email: jcduffey@aol.com