IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

**State of Alabama**
    Plaintiff,

v.                          CASE NO.CC-1997-0020.60

**Richard Jerome Flowers,**
    Defendant.

### ORDER

This cause having come before the Court on State's Motion to Continue the Evidentiary Hearing on Petitioner Flower's Rule 32 Petition presently set for 9-19-06, the same having been considered,

it is hereby, ORDERED, ADJUDGED AND DECREED, State's Motion to Continue is **GRANTED**. Said evidentiary hearing is **RESET** for **11/15/2006 at 9:00AM**, in Courtroom 4b of the Montgomery County Courthouse, Montgomery, AL.

Done this 24 JUL 2006.

\s\ Eugene W. Reese
Circuit Judge

cc:
Henry M Johnson
Office of Attorney General
11 South Union Street
Montgomery AL 36130-0152

Jeffery C. Duffey
600 S. McDonough Street
Montgomery AL 36104