IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:06cr148-WHA |
| BENJAMIN L. VANBUREN | ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #73), filed by the Defendant. The Government does not oppose the motion, and the Defendant has filed a Waiver of Speedy Trial Rights. The court finds, for the reason that additional time is needed for proper consideration and determination of the Defendant's pending Motion to Suppress, the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing January 8, 2007, and RESET for the term of court commencing March 12, 2007.

DONE this 16th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE