IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr148-WHA |
| | ) | |
| BENJAMIN L. VANBUREN | ) | |

## **ORDER**

Upon consideration of defendant's motion to continue suppression hearing (Doc. # 72), filed November 7, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The suppression hearing is rescheduled from November 16, 2006 to 9:00 a.m. on **January 23, 2007** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 27th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE