IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CASE NO.2:06CR148-WHA |
| BENJANIN L. VANBUREN, | * | |

## **ORDER**

Upon consideration of the petition for writ of habeas corpus prosequendum, and for good cause shown, the court is of the opinion that said petition should be, and the same is hereby, GRANTED.

It is, therefore, ORDERED that the United States Marshal, its designee or the Warden of the Gwinnett County, Georgia Detention Facility, 2900 University Drive, Lawrenceville, Georgia shall deliver the person of Benjamin L. VanBuren, a prisoner held in the Gwinnett County, Georgia Detention Facility and to bring said prisoner before this Court to be held at the United States Courthouse, One Church Street, Montgomery, Alabama, on January 23, 2007, at 9:00 a.m., and for such other dates and times as necessary, and to return said prisoner to said custodian when this Court shall have finished with him.

Done, this 10th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE