IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,        *

v.                               *        CASE NO.2:06CR148-WHA

BENJANIN L. VANBUREN,            *

## **ORDER**

Upon consideration of the petition for writ of habeas corpus ad testificandum (Doc.

# 94), filed January 8, 2006, and for good cause, it is

ORDERED that the petition be and hereby is DENIED as moot.

Done, this 10th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE