MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. SUSAN RUSS WALKER, PRESIDING                MONTGOMERY, ALABAMA

DATE COMMENCED:    January 23, 2006              9:00 a.m.

DATE COMPLETED:    January 23, 2006              10:11 a.m.

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| vs | * | 2:06cr148-WHA |
| BENJAMIN L. VANBUREN | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Stephen Feaga | * | Jeff Duffey |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy                   Mitchell Reisner, Court Reporter

PROCEEDINGS:
HEARING ON DEFENDANT'S MOTION TO SUPPRESS (DOC #49)

| | |
|---|---|
| 9:00 a.m. | Court convenes.<br>Government's statements to the Court regarding probable cause, stop and search of vehicle. |
| 9:03 a.m. | Witness rule invoked.<br>Testimony begins. Government's direct examination. (Herman) |
| 9:24 a.m. | Court's questions to witness. (Herman) |
| 9:25 a.m. | Government's further direct examination. (Herman) |
| 9:26 a.m. | Mr. Duffey's cross examination. (Herman) |
| 9:38 a.m. | Government's redirect examination. (Herman) |
| 9:40 a.m. | Government's direct examination. (Loughridge) |
| 9:53 a.m. | Mr. Duffey's cross examination. (Loughridge) |
| 9:55 a.m. | Mr. Duffey ask that video tape be produced.<br>Government states that video tape will be produced to Mr. Duffey.<br>Mr. Duffey's cross examination continues. (Loughridge) |
| 10:09 a.m. | Government rests.<br>Defendant rests. |
| 10:10 a.m. | Mr. Duffey's discussions with the Court regarding keeping defendant in this district in order for counsel to talk with defendant. Government also agrees that defendant needs to be kept here in this district if possible. Court directs counsel to speak with U. S. Marshal's Office regarding situation. |
| 10:11 a.m. | Court recessed. |