IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | 2:06cr148-WHA |
| | * | |
| BENJAMIN L. VANBUREN | * | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Joe Herman | |
| 2. Trooper Shawn Loughridge | |