IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| V. | *   CASE NO. 2:06CR148-WHA |
| BENJANIN L. VANBUREN, | * |
| DEFENDANT. | * |

**RIGHTS**                              **WAIVER OF SPEEDY TRIAL**

I, Benjamin L. VanBuren, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

2/30/07
Date

Benjamin L. VanBuren
Defendant

Jeffery C. Duffey
Attorney for Defendant