IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr148-WHA |
| BENJAMIN L. VANBUREN ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #103), filed by the Defendant on January 30, 2007. The Defendant has filed a Waiver of Speedy Trial, and the United States does not oppose the continuance.

The court finds, for the reason that additional time is needed for resolution of issues that are currently the subject of good faith negotiations, the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED and RESET for the term of court commencing June 4, 2007.

DONE this 31st day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE