IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA, *

    PLAINTIFF, *

V.      *     CASE NO.2:06CR148-WHA

BENJANIN L. VANBUREN, *

    DEFENDANT. *

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Benjamin L. VanBuren, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

4-24-07
Date

Benjamin L. VanBuren
Defendant

Jeffery C. Duffey
Attorney for Defendant