IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cr148-WHA |
| | ) |
| BENJAMIN L. VANBUREN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Defendant's unopposed Motion to Continue Trial (Doc. #108). The court finds, for the reason that additional time is needed for the Defendant and the United States to negotiate a plea, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, it is hereby

ORDERED that the Motion is GRANTED, and the trial of this case is continued from June 4, 2007 to August 6, 2007.

DONE this 1st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE