IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr148-WHA |
| | ) | |
| BENJAMIN L. VANBUREN | ) | |

**ORDER**

For good cause, it is

ORDERED that the court's order (Doc. # 110) setting a status conference, entered May 10, 2007, be and hereby is VACATED.

DONE, this 24th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE