```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| **BENJAMIN L. VANBUREN** | * 2:06CR148-WHA |
| | * |
| Defendant. | |

### NOTICE OF WAIVER OF SUPPRESSION MOTION

Come now defendant, by counsel, and gives notice that defendant waives his previously filed Motion to Suppress and waives ruling thereon. Counsel represents that counsel for the Government, AUSA Steve Feaga, has no objection thereto, and that the parties are continuing in plea negotiations.

Respectfully submitted this 15th day of June, 2007.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Defendant VanBuren
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga
AUSA
P.O. Box 197
Montgomery, AL 36101

```
                    Respectfully submitted,

                    s /Jeffery C. Duffey
                    JEFFERY C.  DUFFEY
                    Attorney for Defendant
                    VanBuren
```