```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA,        *
                                 *
    Plaintiff,                   *
                                 *
V.                               * CR. NO.
BENJAMIN L. VANBUREN,            * 2:06CR148-WHA
                                 *
    Defendant.                   *
```

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now defendant Benjamin L. VanBuren, by counsel, and hereby gives notice to the court of intent to change his plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 25th day of June, 2007.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Defendant
Benjamin L. VanBuren
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Steve Feaga
AUSA
P.O. Box 197
Montgomery, AL 36101

                                            Respectfully submitted,

                                            <u>s /Jeffery C. Duffey</u>
                                            JEFFERY C. DUFFEY
                                            Attorney for Defendant
                                            Benjamin L. VanBuren