AO 245B     (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: BENJAMIN L. VANBUREN
CASE NUMBER: 2:06cr148-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**78 months.** This term consists of 18 months on Count 1 and 60 months on Count 6 to be served **consecutively** to the term on Count 1.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____  ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 2 p.m. on __**October 11, 2007**__ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __3-10-08__ to __FCC Forrest City Low__ at __Forrest City AR__, with a certified copy of this judgment.

__T. C. Outlaw__ Marshal
UNITED STATES MARSHAL

By __Brown__ L/E
DEPUTY UNITED STATES MARSHAL